IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 13564

In the Matter of GARY W. LONG II,
*Respondent.*

ORDER OF DISBARMENT

In 1988, this court admitted Gary W. Long II to the practice of law in Kansas . On June 17, 2022, the court indefinitely suspended Long's law license upon finding he violated various rules of professional conduct. *In re Long*, 315 Kan. 842, 511 P.3d 952 (2022).

On October 17, 2023, Long's request to voluntarily surrender his license was submitted to the Office of Judicial Administration under Supreme Court Rule 230(a) (2023 Kan. S. Ct. R. at 290). At the time, Long faced a hearing before the Kansas Board for Discipline of Attorneys on a formal complaint filed by the Disciplinary Administrator. That complaint alleged Long had violated Kansas Rules of Professional Conduct 1.3 (2023 Kan. S. Ct. R. at 331) (diligence), 1.4 (2023 Kan. S. Ct. R. at 332) (communication), 1.16 (2023 Kan. S. Ct. R. at 377) (terminating representation), 5.5 (2023 Kan. S. Ct. R. at 411) (unauthorized practice of law), 8.1 (2023 Kan. S. Ct. R. at 431) (disciplinary matter), 8.4 (2023 Kan. S. Ct. R. at 433) (misconduct), Supreme Court Rule 210 (2023 Kan. S. Ct. R. at 263) (duty to timely respond), and Supreme Court Rule 231 (2023 Kan. S. Ct. R. at 292) (notice to clients, opposing counsel, and courts following suspension).

This court accepts Long's surrender of his Kansas law license, disbars Long pursuant to Rule 230(b), and revokes Long's license and privilege to practice law in Kansas.

1

The court further orders the Office of Judicial Administration to strike the name of Gary W. Long II from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that under Rule 230(b)(1)(C), any pending board proceeding or case terminates effective the date of this order. The Disciplinary Administrator may direct an investigator to complete a pending investigation to preserve evidence.

Finally, the court directs that this order be published in the Kansas Reports, that the costs herein be assessed to Long, and that Long comply with Supreme Court Rule 231 (2023 Kan. S. Ct. R. at 292).

Dated this 8th day of November 2023.